# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID FENSTERMAKER, et al.,<br><br>    Defendants. | Case No.  1:23-cv-0146 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE<br><br>(Docs. 2, 8) |

Johnny Lee Briggs seeks to hold the defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983.  (Doc. 1.)  On January 30, 2023, Plaintiff filed a motion to proceed *in forma pauperis* in the action.  (Doc. 2.)  The assigned magistrate judge reviewed Plaintiff's prisoner trust account statement from Wasco State Prison and noted Plaintiff had $6,587.30 to his credit.  (Doc. 8 at 2.)  The magistrate judge found Plaintiff was financially able to pay the filing fee in this action and recommended the motion to proceed *in forma pauperis* be denied on February 1, 2023.  (*Id.* at 2-3.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 8 at 3.)  The Court also advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 1, 2023 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $402.00 filing fee if he wishes to proceed with his action.
4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice</u>.

IT IS SO ORDERED.

Dated: **February 23, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE